[Cite as *03/04/2004 Case Announcements,* 2004-Ohio-968.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *March 4, 2004*

### DISCIPLINARY CASES

**2004–0066.   In re Resignation of Perkins.**
This cause is pending before the court upon the filing by Roger Paul Perkins Jr., Attorney Registration No. 0018217, of an affidavit of resignation. On February 24, 2004, Roger Paul Perkins Jr. filed an application to withdraw the affidavit of resignation. Upon consideration thereof,

IT IS ORDERED by the court that the application be, and hereby is, granted.

IT IS FURTHER ORDERED that this case be, and hereby is, dismissed.

### MISCELLANEOUS DISMISSALS

**2003–1794.   State ex rel. Carmickle v. Indus. Comm.**
Franklin App. No. 02AP–1427, 154 Ohio App.3d 74, 2003-Ohio-4574, 796 N.E.2d 61. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellants have not filed a merit brief, due January 6, 2004, in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed sua sponte.

[Cite as *03/05/2004 Case Announcements,* 2004-Ohio-995.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *March 5, 2004*

### MOTION AND PROCEDURAL RULINGS

**2003–2234.   State ex rel. J.J. Detweiler Ent., Inc. v. Warner.**
Noble App. No. 301, 2003-Ohio-6283. This cause is pending before the court as an appeal from the Court of Appeals for Noble County. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before May 7, 2004.